IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DERIJUANA PORTER | Case No.: 4:22-CR-00020-CDL-MSH |

### ORDER

Defendant was indicted on September 14, 2022, ECF No. 1, and arraigned on September 21, 2022, ECF No. 8. A pretrial conference is currently scheduled for October 13, 2022. The parties jointly ask to continue the case. Specifically, counsel for Defendant needs additional time to review discovery, to discuss discovery and possible defenses with defendant, and to discuss options for resolution with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court, which begins January 9, 2023, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **5th** day of **October, 2022**.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA